# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AEGIS 11 S.A.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RUCKUS WIRELESS, INC., et al,<br><br>　　　　　　Defendants. | Civil Action No. 1:19-cv-01164-RGA<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANTS' RULE 7.1 DISCLOSURE**

Defendants Ruckus Wireless, Inc., ARRIS US Holdings, Inc., ARRIS International, Inc., ARRIS Enterprises LLC, ARRIS Solutions, Inc. and CommScope Holding Company, Inc. hereby provide the following disclosure in accordance with Rule 7.1 of the Federal Rules of Civil Procedure.

1. Ruckus Wireless, Inc. is a non-government corporate entity, and it identifies the following parent corporations pursuant to Rule 7.1: ARRIS US Holdings, Inc., , and CommScope Holding Company, Inc.  There are no publicly held corporations owning 10% or more of its stock.

2. ARRIS US Holdings, Inc. is a non-government corporate entity, and it identifies the following parent corporations pursuant to Rule 7.1:  CommScope Holding Company, Inc.  There are no publicly held corporations owning 10% or more of its stock.

3. ARRIS International, Inc. does not exist as a corporate entity.

4. ARRIS Enterprises LLC is a non-government corporate entity, and it identifies the following parent corporations pursuant to Rule 7.1:  ARRIS Solutions, Inc., Ruckus

Wireless, Inc., ARRIS US Holdings, Inc., and CommScope Holding Company, Inc. There are no publicly held corporations owning 10% or more of its stock.

5. ARRIS Solutions, Inc. is a non-government corporate entity, and it identifies the following parent corporations pursuant to Rule 7.1: Ruckus Wireless, Inc., ARRIS US Holdings, Inc., and CommScope Holding Company, Inc. There are no publicly held corporations owning 10% or more of its stock.

6. CommScope Holding Company, Inc. is a non-government corporate entity which has no parent corporation and no publicly held corporation owning 10% or more of its stock.

Dated: October 15, 2019

OF COUNSEL:

Matthew C. Gaudet
Alice E. Snedeker
**DUANE MORRIS LLP**
1075 Peachtree St. NE
Suite 2000
Atlanta, GA 30309
Telephone: (404) 253-6900

Christopher J. Tyson
**DUANE MORRIS LLP**
505 9th Street NW
Suite 1000
Washington, DC 20004
Telephone: (202) 776-7800

Counsel for Defendant,
ARRIS Group, Inc.

**DUANE MORRIS LLP**

/s/ *Richard L. Renck*
Richard L. Renck, Esq. (#3893)
**DUANE MORRIS LLP**
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
Email: rlrenck@duanemorris.com