**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AEGIS 11 S.A., <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., <br><br> Defendant. | **Civil Action No. 1:19-cv-01161-RGA** <br><br> **JURY TRIAL DEMANDED** |
| AEGIS 11 S.A., <br><br> Plaintiff, <br><br> v. <br><br> NETGEAR, INC., <br><br> Defendant. | **Civil Action No. 1:19-cv-01162-RGA** <br><br> **JURY TRIAL DEMANDED** |
| AEGIS 11 S.A., <br><br> Plaintiff, <br><br> v. <br><br> ROKU, INC., <br><br> Defendant. | **Civil Action No. 1:19-cv-01163-RGA** <br><br> **JURY TRIAL DEMANDED** |
| AEGIS 11 S.A., <br><br> Plaintiff, <br><br> v. <br><br> RUCKUS WIRELESS, INC., et al, <br><br> Defendants. | **Civil Action No. 1:19-cv-01164-RGA** <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D. Del. L.R. 7.1.2(b), and in support of its Opposition to Defendants' Partial Motion to Dismiss,[1] Plaintiff Aegis 11 S.A. respectfully submits this notice of supplemental authority regarding a recent decision by the Federal Circuit in *Uniloc USA, Inc. v. LG Elecs. USA, Inc.*, No. 19-1835 (Fed. Cir. Apr. 30, 2020) (slip op.), attached as Exhibit 1, for the Court's consideration.

Dated: May 6, 2020

Respectfully submitted,

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

---

[1] D.I. 10 in 19-cv-01161; D.I. 10 in 19-cv-01162; D.I. 8 in 19-cv-01163; D.I. 14 in 19-cv-01164.